UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JESSICA DALZELL, as Special Administrator of the Estate of Larry Joe Dalzell, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>HEARTLAND TANK, INC.,<br><br>Defendant. | * * * * * * * * * * * * * * * | 4:25-cv-__4182__<br><br><br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff Jessica Dalzell, as Special Administrator of the Estate of Larry Joe Dalzell, deceased, for her causes of action against the above-named Defendant, states and alleges as follows:

**PARTIES**

1. Plaintiff Jessica Dalzell was the wife of Larry Joe Dalzell ("Larry"), and is the Special Administrator of the Estate of Larry Joe Dalzell, and at all materials times has been a resident of Murfreesboro, Rutherford County, Tennessee. At the time of his death, Larry was a resident of Murfreesboro, Rutherford County, Tennessee.

2. Defendant Heartland Tank, Inc. ("Heartland Tank") is a limited liability corporation incorporated in the State of South Dakota with its principal place of business located in Mitchell, Davison County, South Dakota.

3. Larry was born on March 21, 1973, and died as a result of a work accident that occurred on September 7, 2024, in Volga, Brookings County, South Dakota. Larry is survived

1

by his wife, Jessica Dalzell, and his five children, Dylan Kroger, Zoey Dalzell, Charley Dalzell, Ruby Dalzell, and Rocky Dalzell, as his next-of-kin and sole heirs of law.

## JURISDICTION AND VENUE

4. This Court has subject matter over this action based upon diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1332.

5. Plaintiff's damages exceed $75,000.

6. Venue is proper pursuant to 28 U.S.C. §1391(b).

## FACTS

7. On or about September 6, 2024, Larry and Randi Vandekieft ("Randi") were hired by Heartland Tank to perform repair work to the roof of a Harvestore silage silo located in Volga, South Dakota.

8. Prior to starting the repair work, Heartland Tank failed to properly ventilate the silo, and further failed to warn Larry and Randi of hazardous chemicals and potential exposure to hazardous nitrogen dioxide present in the silo, without proper ventilation.

9. Heartland Tank also failed to provide working safety equipment at the location of the silo for Larry and Randi.

10. On September 7, 2024, while Heartland Tank was working near the silo, Heartland Tank directed Larry to go onto the top of the silo to rake back excess silage.

11. Upon information and belief, Larry attempted to go into the silo to rake back the sileage, but became trapped in the silo without adequate ventilation, and was unable to get out.

12. Randi attempted to help Larry get out of the silo, but also became trapped inside.

13. Larry and Randi died as a result of the exposure to toxic nitrogen dioxide inside the silo.

**COUNT I: NEGLIGENCE – WRONGFUL DEATH**

14. Plaintiff hereby realleges the foregoing paragraphs as if fully set forth herein.

15. Heartland Tank owed a duty of care to Larry to provide an adequately safe work environment and working safety equipment.

16. Heartland Tank breached its duties by failing to provide Larry with an adequately safe work environment, including, but not necessarily limited to, providing adequate ventilation, providing working safety ropes for workers conducting work in the silo, and failing to provide training to its workers for working in confined spaces with exposure to nitrogen dioxide.

17. Heartland Tank also breached its duties by failing to warn Larry that the silo, in which it knew that Larry would be working, had not been properly ventilated before allowing Larry to enter the silo.

18. Heartland Tank's negligence was a direct and legal cause of Larry's death.

19. As a direct and proximate result of Heartland Tank's negligence, Larry's wife and children, as his next-of-kin and sole heirs of law, suffered damages, including, but not limited to, the loss of Larry's love, comfort, aid, counsel, society, companionship, guidance, advice, assistance, and services; funeral expenses for the Estate of Larry Joe Dalzell; and other damages as allowed by South Dakota law.

**COUNT II: NEGLIGENCE – SURVIVAL**

20. Plaintiff hereby realleges the foregoing paragraphs as if fully set forth herein.

21. As a direct and proximate result of Heartland Tank's negligence, Larry suffered conscious and severe emotional distress, pain and suffering, and fear of imminent death prior to his death.

22. As a direct and proximate result of Heartland Tank's negligence, the Estate of Larry Joe Dalzell is entitled to damages for his conscious and severe emotional distress, pain, suffering, and fear of imminent death pursuant to SDCL 21-5-2.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant in excess of $75,000 in an amount to be determined at trial, along with pre-judgment and post-judgment interest as allowed by law, Plaintiff's costs and disbursements herein, and such other and further relief as the Court deems just and equitable.

Dated at Sioux Falls, South Dakota, this 17th day of September, 2025.

EVANS HAIGH & ARNDT L.L.P.

_____
Tyler W. Haigh
Mark J. Arndt
225 E. 11th Street, Suite 201
P.O. Box 2790
Sioux Falls, SD 57101-2790
Telephone: (605) 275-9599
Facsimile: (605) 275-9602
Email: thaigh@ehalawyers.com
      marndt@ehalawyers.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury on all issues so triable.

_____
Tyler W. Haigh

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jessica Dalzell, as Special Administrator of the Estate of Larry Joe Dalzell, deceased

### DEFENDANTS
Heartland Tank, Inc.

**(b)** County of Residence of First Listed Plaintiff: **Rutherford County, TN**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Minnehaha County, SD**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Evans Haigh & Arndt, LLP
225 E. 11th Street, Suite 201

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
Wrongful death

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** In Excess of $75,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 09/17/2025
SIGNATURE OF ATTORNEY OF RECORD: /s/ Tyler W. Haigh

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____